**Order entered February 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00542-CV

## QADREE CAMPBELL, Appellant

## V.

## ANGELA MARIE PECINA A/K/A ANGELA HOWELL, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01649-2018**

## ORDER

Before the Court is appellant's January 27, 2020 objection to the reporter's record because it omitted Plaintiff's Exhibit 13. On January 31, 2020, the court reporter filed an amended volume 4 containing the exhibits, including Plaintiff's Exhibit 13. We **STRIKE** the original volume 4 of the reporter's record filed on January 14, 2020. As Plaintiff's Exhibit 13 is now included in the reporter's record, we **DENY** appellant's objection as moot.

/s/      BILL WHITEHILL
        JUSTICE